No. 973. BOLTON, ATTORNEY GENERAL OF GEORGIA, ET AL. *v.* DOE; and

No. 6172. UNBORN CHILD OF DOE *v.* DOE ET AL. Appeals from D. C. N. D. Ga. Motion of appellee in No. 973 for leave to proceed *in forma pauperis* granted. Appeals dismissed for want of jurisdiction. *Gunn* v. *University Committee*, 399 U. S. 383 (1970). Reported below: 319 F. Supp. 1048.

No. 1457. McMILLAN *v.* FEDERAL NATIONAL MORTGAGE ASSN. Appeal from App. Dept., Super. Ct. Cal., County of Los Angeles, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 1230. ABODEELY *v.* IOWA. Appeal from Sup. Ct. Iowa dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 5208.* BEVERLY *v.* SCOTLAND URBAN ENTERPRISES, INC. Appeal from Sup. Ct. La. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 6367. CAMPBELL *v.* FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

*For separate opinions of BLACK, J., and DOUGLAS, J., see No. 5048, *Meltzer* v. *LeCraw & Co.*, *infra.*